UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  v.<br><br>DAMIAN INIGUEZ,<br><br>              Defendant. | No. 23-CR-02068-MKD<br><br>**EXHIBIT LIST** |

### Exhibit List

A. Letter from Iron Workers James Ryckman - Employer
B. Letter From Valeria Defendant's - family
C. Letter from Adriana Iniguez – Family
D. Letter from Alinda Olivarez – Family
E. Letter From Alberto Iniguez – Family

/s/    Ken Therrien
KEN THERRIEN, WSBA 20291

Date:

Exhibit List - 1

# EXHIBIT A

Case 1:23-cr-02068-MKD    ECF No. 60    filed 04/14/25    PageID.264    Page 2 of 12

JAMES RYCKMAN
FINANCIAL SECRETARY-TREASURER
BUSINESS MANAGER
Spokane — (509) 927-8288
Fax — (509) 927-8350

International Association
of BRIDGE, STRUCTURAL, ORNAMENTAL &
REINFORCING IRONWORKERS . . . affiliated with A.F.L.-C.I.O.
LOCAL UNION NO. 14
16610 EAST EUCLID AVENUE • SPOKANE, WASHINGTON 99216-1809

GREG GALES
PRESIDENT - BUSINESS AGENT
Richland — (509) 946-0766
Fax — (509) 946-0767

04-03-2025

To whom it may concern:

This letter is in regards to Damien Iniguez. Mr. Iniguez began his apprenticeship her at Local 14 in November of 2019. During that time he had accumulated 2730 work hours/OJT. He had attended apprenticeship classes in 2020 and 2021. He had been doing what was required of him from 2019 to 2022. In 2022 is when he began to have personal troubles. His membership/apprenticeship was revoked in April of 2023 due to falling out of compliance with the Apprenticeship standards.

If you have any further questions, please contact me.

Sincerely,

*James E. Ryckman*

James Ryckman; BM/FST Ironworkers Local 14

509-927-8288

# EXHIBIT B

My name is Valerie, Damian is my Tío. He was always fun to be with I miss him a lot and I know he made a wrong desicion, but ever since he left and went ghost I felt like my grandmas has been quiet and sad without him. He would always make us laugh, play with the kids, and talk to us whenever. I knew he was in drugs when I noticed he got skinnier. I dont think he would ever do this because sober him was caring and present and funny. I dont want to worry so much but I know he is hurting, I know he misses his kids too. He never told me what was going through his head, but I knew he wanted to cry, yell, or both. He fell into a dark hole where substance is what makes him feel happy and not alone. I wish he told us or asked for help but he fell too deep and now I feel like he should get help. May you please reconsider and allow my Tío into treatment. I want to see him again and laugh with all my cousins. I hope my Tío wont get the maximum and hold his hope, he is really depressive and always tired. Please let him know we love him and for him to keep pushing and we can do it. I really do believe he can take the right path and turn around. He was a big part of my life and I would

# EXHIBIT C

Adriana Iniguez
1410 S 4th Ave
Yakima, WA 98902

April ,2025

RE: Damian Iniguez

Dear Honorable judge,

    Hello I am writing to provide a character in reference for a family member that is my brother Damian Iniguez who is currently involved in a legal matter. My name is Adriana Iniguez and am the sister of Damian Iniguez. I understand the serious of this matter, however hope the court will show some leniency.

    However, he has always been great person and a great father to his children as well as a great son and brother and a great employee. As my parents are getting older, I just ask to give him a second chance to be there and to spare time to be there for my parents for the time they have left. I believe he know what second chances mean as he shas mentioned that he's tired of the same revolving cases.

    I believe he suffers from PTSD that has been caused as an upbringing from other siblings. I also think he would benefit from a drug program if offered. Although he has had amazing parents that have never lacked love the pain is still there. The relationship we have is amazing. I have always tried to change his thinking but has never seemed to work. He has a great support system when he gets released from prison.

    The support system he has is amazing his boss will still have a job for him as he comes out of prison. He has the most amazing parents as well as family members that just want the best and hoping to guide him the way he's been talking and thinking and what we have been wanting. He plans on working and moving away from the state of WA just to succeed in life. He has big plans in life and would like for him to be able to accomplish.

    I believe that Damian Iniguez is genuinely remorseful for his actions, and I am confident that he will make an effort to ensure that he doesn't repeat the same crime in the future I respectfully request that you take this letter in consideration when making your decision,

Thank you for your time and consideration,

Adriana Iniguez

# EXHIBIT D

My name is Alina Olivarez and damian Iniguez is my uncle. I been around him my whole life This is what i know about him hes a hard working man everytime he would come back from work on the weekends he would see me and would tell me about hes week. Would always have a smile on his face saying he loved his work and hes boss loved my uncle that he was always working hard, he looked so tired after work he still had to Drive back home took him about Few hours to get home and Still managed to come over and tell us about hes work and spending quality time with us. Me and him were Really close he was my uncle but was more like my brother Didnt matter what he was Doing or how tired he was we were always together had a strong bond and talk about everything, everything was going good until. I Started to see changes in him he Didnt look like my uncle anymore he looked Really pale and sick, Was Really distancing himself from me always in his room sleeping not eating I Didnt think anything of it until it became a habit. And usually we would always Be texting sending Videos he would come over or I would be over we had a really close bond. I felt like we Started to seperate and talked less

But even though he would push me away I still felt like something was wrong and I would still stick by his side Because i knew Deep Down he needed help. And one Day he had decided he wanted to hang out and talk to me I Knew something was up this wasnt the uncle I know. he started bawling hes eyes out telling me everything he was going through he wasnt sounding like himself. he went Down bad to the Point where hes hugging me crying telling me he Doesnt want to feel like this anymore Thats when i knew he was Really Lost in Drugs I had never seen my uncle this way Before i knew the Path he was taking wasnt the right one. Everyday I was seeing him he was getting worse and worse would get lost for weeks and wouldnt want to show his face around anymore. I Tried to help him but when you had made that addiction its hard to go back. Thats why he should go into treatment and get the help he needs i belive he can change and get the help he needs to change his life for the better. he has two kids that he misses alot I hope he Doesnt get the maximum sentence his family Loves him very much I know he can change Because he knows what he Did and he needs help to do it. I Belive in my uncle.

# EXHIBIT E

To Whom It may Consirn.

I Alberto Iniguez I'm righting you In Regards of my Brother Damian Iniguez I'm asking you to take In Consideration that Damian is a great person also is a tax paying citizen he is part of the Iron Workers union local 14 he is a great worker and is very liked and well needed I no he has made mistakes in his life but I'm asking you to put look past his acomplishment In his life he is a Father 2 beutiful doughters he is very missed by all sibblings, neices, nephews and Parents I would greatly appreciate If you could look past the Bad and focus on the good he has alot of good qualities, and quite a bit of Certifications he has his Employers waiting on him to be able to get back to work I dearly miss him as well as all of the rest of us Pleas give him another chance Believe In him I no that this is going to be life changing and has been for all of us including him he has had alot of time to reflect on his mistakes and has also learned from them so I'm asking the Courts with all my heart and faith to please give him a resinable sentence or fallow the recomendations by his attorny so he can get passed this and start fresh a new begging and start living life as a Law abbiding Citizen Thank you God Bless you all  Alberto Iniguez