**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| UNITED STATES OF AMERICA,<br><br>-vs-<br><br>DAMIAN INIGUEZ, | Plaintiff,<br><br><br><br>Defendant. | Case No.     1:23-CR-02068-MKD<br>**CRIMINAL MINUTES**<br>DATE:        APRIL 21, 2025<br>LOCATION:    YAKIMA<br><br>**SENTENCING HEARING** |
|---|---|---|

| **Honorable Mary K. Dimke** |||
|---|---|---|
| Cora Vargas | 03 | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Benjamin Seal || Kenneth Therrien |
| **Government Counsel** || **Defense Counsel** |
| **United States Probation Officer:**  Carrie Valencia |||

[ X ]  Open Court          [  ]  Chambers          [  ]  Video Conference

Defendant present in custody of the US Marshal.

The Court confirmed the parties are ready to proceed to sentencing.

Mr. Therrien confirmed he has reviewed and discussed the Presentence Investigation Report and Addendum with the defendant, including the proposed conditions of supervision, and the defendant does not have any objections.

The Court provided findings on the sentencing guideline calculations contained in the Presentence Investigation Report; no objection by counsel; Presentence Investigation Report accepted by the Court.

Mr. Seal provided sentencing recommendations on behalf of the government.

Mr. Therrien provided sentencing recommendations and comments on behalf of Defendant.

Defendant addressed the Court on his own behalf.

The Court addressed Defendant and imposed sentence:

- **Imprisonment: 75 months**. The Court recommends placement at FCI Sheridan and participation in the Residential Drug Abuse Program (RDAP).

- **Supervised Release:  3 years** on mandatory, standard and special conditions listed in the Presentence Investigation Report. Mr. Therrien waived reading of the conditions on behalf of the defendant.

## [X]  ORDER FORTHCOMING

| **CONVENED:**  2:20 P.M. | **ADJOURNED:**  2:41 P.M. | **TIME:**  0:21 HR. | **CALENDARED**  [  ] |
|---|---|---|---|

- **Fine**: waived

- **Special Penalty Assessment**: $100

Appeal rights waived pursuant to Plea Agreement.

Mr. Therrien indicated the defendant does not object to entry of the proposed Final Order of Forfeiture submitted by the United States.